IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                              CASE NO. 1:03-cr-00004-MP

ALONZO L. ARNOLD,

    Defendant.

_____/

**O R D E R**

A hearing was held in this case on a petition (doc. 35) from the probation department alleging two violations of supervised release by Mr. Arnold.  At the hearing, Mr. Arnold plead no contest to the two violations.  He also informed the Court that state proceedings arising out of the same conduct were still pending.  Accordingly, the disposition of this matter will be continued until Tuesday, January 31, 2006, at 3:00 p.m.

    **DONE AND ORDERED** this  *14th*  day of November, 2005

                              *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge